Experience: 40 years
Specialty: Psychiatry & Neurology, specializing in psychiatry
Hospital Affiliation:
  One website claims: Dr. Konkle is affiliated with 1 hospital :
        **Carmel, Indianapolis, Women's**
  **She has a history of being affiliated with St. Vincent Medical Center, Indianapolis**
**Public Actions: no state or federal**
Teaching: Clinical Associate Professor of Psychiatry,
           Indiana University School of Medicine, Indianapolis, Indiana
DEA License Type: Practitioner

### EMDR International Association - [Cached Version]
Published on: 3/30/2008   Last Visited: 3/30/2008

Amy Konkle, M.D. Secretary-Elect

Dr. Amy Konkle is a graduate of the Indiana University School of Medicine and completed her psychiatric residency training there. She currently has an outpatient private practice in Indianapolis treating adults with the full range of psychiatric disorders, with a special focus on trauma. She is a Certified Therapist and Approved Consultant in EMDR. Dr. Konkle is a Volunteer Faculty Member of the Department of Psychiatry at Indiana University School of Medicine. She is in the process of developing a university-affiliated mini-fellowship training program in trauma for the Indianapolis area, hoping to include EMDRIA Approved basic EMDR training for physician Category I credit, as well as CEU's for other disciplines. During more than thirty years of practice, Dr. Konkle has worked in a variety of settings, in-patient and out-patient. She was a co-founder of the Indiana Psychiatric Consortium, and was Chair for the Department of Psychiatry for St. Vincent Hospital for ten years. She is also a Certified Practitioner of Psychodrama, Sociometry and Group Psychotherapy.

### EMDR International Association: Board Committees - [Cached Version]
Published on: 1/25/2007   Last Visited: 7/30/2007

Committee Members: Donald deGraffenried, MSW, LICSW; Cocoy Garcia, Ph.D., MFT; Sara Gilman, MFT; Ed Hallsten, Ph.D.; Sue Hoffman, MSSW, LCSW; Amy Konkle, M.D.
...
Committee Members: Robyn Butler-Hall, MS; Ed Hallsten, Ph.D.; Phyllis Klaus, M.Ed., CSW, MFT; Amy Konkle, M.D.; Sharon Rollins, MS, LPC

### EMDR International Association: Board Committees - [Cached Version]
Published on: 4/22/2006   Last Visited: 3/30/2008

Committee Members: Amy Konkle, M.D.; David Sherwood, Ph.D.
...
Committee Members: Donald deGraffenried, MSW, LICSW; Cocoy Garcia, Ph.D., MFT; Dorothy Hyde, LCSW, DCSW; Amy Konkle, M.D.; Gary Peterson, M.D.
...
Chair: Amy Konkle, M.D.


EXHIBIT A