ST. VINCENT STRESS CENTERS
INDIANAPOLIS, INDIANA

## DISCHARGE SUMMARY

PATIENT NAME: _Phyllis DeMars_

DATE OF ADMISSION: _9-12-88_ (private office)   DATE OF DISCHARGE: _6-7-99_
                                                                Last seen 9-9-94

ADMITTING DIAGNOSIS:

AXIS I     _Multiple personality disorder_
AXIS II    _obesity_ 0
AXIS III   _obesity_
AXIS IV    _severe childhood abuse_
AXIS V     GAF _53_

**IDENTIFYING INFORMATION/PRESENTING PROBLEM:**

Patient presented with awareness of many (? number) different distinct identities which recurrently took control of "the body." Lost time, amnesia.

**COURSE OF TREATMENT:**

Patient was seen intermittently for support and monitoring. She did her primary psychotherapy work on her own and with the woman with whom she lived. In the early years she used low doses of Xanax which helped anxiety, mood and transient periods of suicidal ideation. Very slowly she made progress with improvement in mood and in appropriateness of appearance, with some partial integrations. She dropped out of treatment here.

EXHIBIT B

ST. VINCENT STRESS CENTERS
DISCHARGE SUMMARY
PAGE 2 OF 2

**AFTERCARE PLANS:**

Dropped out of treatment

**DISPOSITION, RECOMMENDATIONS, MEDICATIONS, PROGNOSIS:**

Dropped out of treatment

**DISCHARGE DIAGNOSIS:**

AXIS I    Dissociative identity disorder

AXIS II   —

AXIS III  —

AXIS IV   Severe childhood abuse

AXIS V    GAF  60

SIGNATURE  Amy D. Koehler

DATE  6-7-99

CONFIDENTIAL