1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

- - - - - - - - - - - - - X
UNITED STATES OF AMERICA,  :
                           :
    Plaintiff,             :
                           :
vs.                        :    Cr. No. 4:09-cr-176
                           :
PHYLLIS ROWE STEVENS,      :    HEARING TRANSCRIPT
                           :
    Defendant.             :    VOLUME I
- - - - - - - - - - - - - X

Courtroom, First Floor
U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa
Thursday, June 24, 2010
9:00 a.m.

BEFORE:   THE HONORABLE RONALD E. LONGSTAFF, Judge.

APPEARANCES:

For the Plaintiff:      ANDREW H. KAHL, ESQ.
                        Assistant U.S. Attorney
                        110 East Court
                        Room 286
                        Des Moines, Iowa 50309

For the Defendant:      WILLIAM L. KUTMUS, ESQ.
                        Kutmus & Pennington
                        Suite 618, 604 Locust
                        Des Moines, Iowa  50309

JACKIE M. SINNOTT - CERTIFIED SHORTHAND REPORTER

EXHIBIT
E

Case 4:09-cr-00176-REL-RAW    Document 143-5    Filed 01/18/11    Page 2 of 4
Case 4:09-cr-00176-REL-RAW    Document 110    Filed 07/29/10    Page 17 of 48
DRAKE - DIRECT

17

1 been caused by their therapy, their work with a therapist.
2 Q. So a person might be suggestible because the therapist
3 suggested that you were abused, or what have you, is that
4 correct?
5 A. What can happen is a person can get into a relaxed state.
6 If I were to ask any of us to go back to when you're five years
7 of age, you'll have some memories, but it doesn't mean that
8 they're accurate.
9 Q. Now, during the interview with Phyllis Stevens, was it
10 revealed to you that she had suffered a trauma of sorts when she
11 was a child?
12 A. Yes.
13 Q. Would you briefly state what was revealed to you?
14 A. There was sexual contact, even rape, by each of her adopted
15 parents.
16 Q. How old was she at the time it occurred?
17 A. I'd have to review my report here, if I can. If I can go
18 through this, I can sequence perhaps. It said when she was
19 about three or four, that her mother had the habit of putting
20 her in a dark closet without food, a small closet.
21 Q. Were there any other forms of abuse?
22 A. She reports that her father would come down the hall to rape
23 her, that she would lay in bed listening to the creak of the
24 floor as he was coming down. It happened at least three times a
25 week until she was 14, from the time that she was adopted, she

Case 4:09-cr-00176-REL-RAW   Document 143-5   Filed 01/18/11   Page 3 of 4
Case 4:09-cr-00176-REL-RAW   Document 110   Filed 07/29/10   Page 18 of 48
DRAKE - DIRECT

18

```
 1  said-- I'm sorry.
 2  Q.  Go ahead.  I'm sorry.
 3  A.  She said that her mother was physically abusive, would be
 4  very loud, and slammed her into walls.  She said, "I think she
 5  at least"--referring to her adopted mother--"at least vaguely
 6  knew that Harry, her adopted father, was having sex with me."
 7  She said, "They also had sex in front of me on purpose.  They
 8  would come get me, take me in the living room and have sex," she
 9  said.
10  Q.  And so this occurred over what period of time?
11  A.  Some of this occurred, she said, from the time that she was
12  adopted until she was 14, and some of these things occurred
13  after she came home from college, where things were repeated.
14  Q.  I also note in your report that you interviewed Marla?
15  A.  I did.
16  Q.  And who is Marla?
17  A.  Ms. Marla Stevens is right over here in the courtroom.
18  She's married to Ms. Phyllis Stevens.
19  Q.  And what was the purpose of your interview with Marla?
20  A.  I find it helpful in my clinical work and my private
21  psychiatric practice, and also in doing legal work, to get other
22  input of people who are closely associated with someone for
23  their observations and their experiences with that person.
24  Q.  And what did Marla state to you of significance with respect
25  to your diagnosis?
```

Case 4:09-cr-00176-REL-RAW    Document 143-5    Filed 01/18/11    Page 4 of 4
Case 4:09-cr-00176-REL-RAW    Document 110    Filed 07/29/10    Page 23 of 48
DRAKE - DIRECT

23

1    THE WITNESS: Yes, sir. Thank you.
2  BY MR. KUTMUS:
3  Q. So stress is a factor that causes the switching, and the
4  switching, as I understand it, is a defense mechanism, and
5  whatever's imagined, or what have you, is then just put in the
6  subconscious, or something?
7  A. Putting this in some context, I've worked with lots of
8  people who are dissociated. It's a lot more common than I think
9  most people appreciate, and oftentimes is confused with
10 schizophrenia and psychotic disorder because of voices, where
11 the voices are very different with someone who dissociates. We
12 can talk more on that later if you want.
13      But I work with lots of people where their lives are
14 calm, things are chilled out, and switching may be minimal, if
15 present at all, and then when things happen in their personal
16 life, their professional, their works lives, stress increases.
17 The switching may come back and be more intense, more present,
18 and cause more problems.
19 Q. Okay. In my lay research, it was revealed to me, at least
20 through the research, that Vietnam veterans didn't suffer from
21 multiple personality disorder, for example. There is stress
22 obviously in combat. Do you have an explanation for that?
23 A. It's thought that this kind of severe trauma, torture,
24 relentless stress has to start in childhood for someone to
25 develop dissociative symptoms of the type of dissociative