EXHIBITS    LIST

Criminal No.   4:09-cr-176                                                                   Plaintiff(s)
Caption:    U.S.A. vs Phyllis Stevens and Marla Stevens

| No. | Description | I | O | Obj | R | RSO | OS | Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 2008, 1099 for Marla Peoples | X | X | | X | | | 1/21 |
| 2 | Aviva Life and Annunity pay statement for Marla Peoples | X | X | | X | | | 1/21 |
| 3 | 2008 tax return for Phyllis and Marla Stevens | X | X | | X | | | 1/21 |
| 4 | National City Bank statement of Marla Stevens and Phyllis Stevens | X | X | | X | | | 1/21 |
| 5 | Letter dated 5/20/2009 to Marla Stevens from Betsy Lay | X | X | | X | | | 1/21 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

I = Identified;  O  = Offered;  Obj  = Objection;  R = Received;  RSO = Received subject to objection;  OS = Objection sustained